1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8
9   Yingzhi C Zhang,                    )   No. CV 06-0892-PHX-ROS (ECV)
                                        )
10              Petitioner,             )   **ORDER**
                                        )
11  vs.                                 )
                                        )
12                                      )
    Alberto R. Gonzales,                )
13                                      )
                Respondent.             )
14                                      )
                                        )
15  _____)

16          Pending before the court are Petitioner's Motion for Proceedings Without

17  Respondent's Answer and Request to Grant Petition (Doc. #12) and Petitioner's Motion for

18  Expedited Ruling (Doc. #14).  In the first motion, Petitioner contends that Respondent failed

19  to file his response to the habeas petition by the required due date and, as a result, the court

20  should promptly grant the petition.  On June 20, 2006, however, Respondent filed a Motion

21  to Accept Late Filing of Respondent's Response in Opposition to Petition for Writ of Habeas

22  Corpus (Doc. #10).  The response was filed only one day after the deadline and in light of

23  the reasons set forth in Respondent's motion, the court granted the request to accept the late

24  filing (Doc. #11).  Accordingly, Petitioner's first motion will be denied.

25          In the second motion, Petitioner requests that the court expedite its ruling.  He

26  contends that the briefing has just been completed and that a prompt ruling is warranted.  The

27  court has several habeas petitions pending before it in which each of the petitioners is

28  seeking release from custody.  Petitioner has not presented a valid basis to elevate his petition

above others that were filed before his.  The motion will be denied and the petition will be decided in due course.

**IT IS THEREFORE ORDERED:**

That Petitioner's Motion for Proceedings Without Respondent's Answer and Request to Grant Petition (Doc. #12) and Petitioner's Motion for Expedited Ruling (Doc. #14) are **denied**.

DATED this 10th day of July, 2006.

Edward C. Voss
United States Magistrate Judge