1

2

3

4

5

6                           IN THE UNITED STATES DISTRICT COURT

7                              FOR THE DISTRICT OF ARIZONA

8

9   Yingzhi C. Zhang,                    )    No. CV06-0892-PHX-ROS
                                          )
10              Petitioner,               )    **ORDER**
                                          )
11  vs.                                   )
                                          )
12                                        )
    Alberto R. Gonzales,                  )
13                                        )
                Respondent.               )
14                                        )
                                          )
15  _____  )

16         Petitioner Yingzhi C. Zhang filed a Petition for Writ of Habeas Corpus, arguing that

17  his detention for over three years while his removal proceedings have been pending is

18  unlawful.  (Doc. 1).  This matter was referred to Magistrate Judge Edward C. Voss, who

19  issued a Report and Recommendation ("R&R") recommending that the Court grant the

20  Petition and order Respondent to provide a hearing to Petitioner within 60 days before an

21  Immigration Judge with the power to grant him bail unless Respondent establishes that he

22  is a flight risk or will be a danger to the community.  (Doc. 21).  Respondent filed Objections

23  to the R&R, (Doc. 22), to which Petitioner responded (Doc. 23).  For the reasons stated

24  herein, the Court will adopt the Magistrate Judge's R&R.

25                              **STANDARD OF REVIEW**

26         The Court "may accept, reject, or modify, in whole or in part, the findings or

27  recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because objections

28  were made, the Court reviews the magistrate judge's findings and recommendations *de novo*.

1    28 U.S.C. § 636(b)(1)(C); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003)

2    (*en banc*).

3    **DISCUSSION**

4        Relying primarily upon <u>Tijani v. Willis</u>, 430 F.3d 1241 (9th Cir. 2005), the Magistrate

5    Judge found that Petitioner's detention for over three years and counting under 8 U.S.C. §

6    1226(c) not authorized by law.  In <u>Tijani</u>, the alien was "deprived of his liberty by the

7    government for a period of over two years and eight months."  <u>Id.</u> at 1242.  To avoid the

8    question whether such a lengthy detention was constitutional, the Ninth Circuit interpreted

9    Section 1226(c) as requiring expeditious removal. <u>Id.</u>  Because the court determined that

10   nearly three years was not expeditious, it remanded the case to the district court to grant the

11   habeas petition unless the government provided the alien a bail hearing before an

12   Immigration Judge.  <u>Id.</u>  The period of time at issue here is even longer than that in <u>Tijani</u>,

13   and thus clearly not expeditious.  Therefore, the Court agrees with the Magistrate Judge that

14   Petitioner's continued detention is not authorized by law.  <u>See</u> <u>Singh v. Crawford</u>, No. CV

15   06-2194, 2007 WL 2237637 (D. Ariz. Aug. 3, 2007) (holding that alien's detention for two

16   years and nine months was not authorized by law under <u>Tijani</u>); <u>Ali v. Crawford</u>, No. CV 06-

17   1149, 2007 WL 1670165 (D. Ariz. June 8, 2007) (same for four years).

18       Having reviewed the record *de novo*, including the Objections filed by Respondent,

19   the Court will adopt the Magistrate Judge's R&R and incorporates the same as part of this

20   Order.

21       Accordingly,

22       **IT IS ORDERED** that Petitioner's Motion for Ruling (Doc. 24) is **GRANTED.**

23       **IT IS FURTHER ORDERED** the Report and Recommendation (Doc. 21) is

24   **ADOPTED.**

25       **IT IS FURTHER ORDERED** that Petitioner's Writ of Habeas Corpus filed pursuant

26   to 28 U.S.C. § 2241 (Doc. 1) is **GRANTED.**

27       **IT IS FURTHER ORDERED** that Respondent shall either release Petitioner from

28   custody under an order of supervision, or provide a hearing to Petitioner, within 60 days of

1   the filing of this Order, before an Immigration Judge with the power to grant him bail unless

2   Respondent establishes that he is a flight risk or will be a danger to the community.

3

4          DATED this 5th day of October, 2007.

5

6

7

8

9   _____
    Roslyn O. Silver
10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28